UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**YOISMELL PENA-ZAYAS,**

    *Petitioner*,

v.   Case No. 5:25-CV-1830-JKP

**U.S. DEPARTMENT OF HOMELAND SECURITY (DHS), et al.,**

    *Respondents*.

## ORDER REGARDING FILINGS

The Court has two matters before it: (1) Emergency Complaint for Declaratory and Injunctive Relief (ECF No. 1) and (2) Motion for Preliminary Injunction (ECF No. 4). It is uncertain whether Petitioner has provided notice of either filing to any respondent. The docket indicates that Petitioner has not yet requested summons. And the certificate of service for the motion certifies that the motion was electronically filed "using the Court's CM/ECF system and served to [Respondents] through the same, with notice and a true and correct copy of th[e] Motion provided to [Respondents]" on December 24, 2025. Because no respondent has yet entered an appearance in this case, the electronic filing is not typically automatically served upon any respondent. And the certificate of service is unclear as to whether Petitioner has served the motion upon any respondent by other means. Furthermore, even though Petitioner provides a proposed order related to granting a temporary restraining order, the motion itself is only for preliminary injunction.

Courts "may issue a preliminary injunction only on notice to the adverse party." Fed. R. Civ. P. 65(a). While courts may issue a temporary restraining order without notice to the adverse party, they may do so only in specific circumstances that do not appear present through the instant filings. *See* Fed. R. Civ. P. 65(b)(1). Accordingly, before the Court takes any further action on the

filings in this case, Petitioner shall take all necessary steps to assure that Respondents have notice of the petition and related motion. Until Petitioner has assured the Court that he has provided the requisite notice, the Court will take no action on the motion. To convey such assurance, Petitioner shall file an Advisory to inform the Court on the status of notice and the remaining time to respond to the motion. Once Petitioner has provided the requisite notice of the motion, the Court may consider expediting briefing on proper motion by Petitioner.

**IT IS SO ORDERED this 29th day of December 2025.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**