**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**YOISMELL PENA-ZAYAS,**

    *Petitioner*,

v.                                     **Case No. 5:25-CV-1830-JKP**

**U.S. DEPARTMENT OF HOMELAND**
**SECURITY (DHS), et al.,**

    *Respondents*.

**ORDER DENYING MOTION FOR PRELIMINARY**
**INJUNCTION AND ORDER TO SHOW CAUSE**

Petitioner commenced this case on December 19, 2025, by filing a civil complaint and petition for writ of mandamus. *See* ECF No. 1. Five days later, Petitioner moved for a preliminary injunction. *See* ECF No. 4. Soon after Petitioner filed the motion, the Court issued an Order Regarding Filings (ECF No. 5), in which it explained that it could only issue such an injunction on notice to the adverse party. It thus informed Petitioner that before it takes further action, Petitioner must take all necessary steps to assure that Respondents have notice of the petition and motion. It directed Petitioner to file an Advisory on the status of this notice. Nothing further occurred in the case until Petitioner requested issuance of summons on April 28, 2026. Although the Clerk of Court issued summons the next day, Petitioner has yet to show service on any Respondent.

At this point, Petitioner has taken no steps to show that any ruling is necessary on the filed motion for preliminary injunction. That is sufficient to deny the motion. Thus, the Court **DENIES** the motion (ECF No. 4) without prejudice to refiling should such motion be warranted.

Moreover, within ninety days of the filing of the complaint and petition, Fed. R. Civ. P. 4(m) generally requires dismissal of the action without prejudice unless Petitioner shows good cause for the failure. Rule 4(m) permits the Court to raise the service issue sua sponte on notice to

Petitioner. The Court hereby provides notice to Petitioner that it will dismiss this action without prejudice under Rule 4(m) unless Petitioner shows cause why the Court should not do so. Accordingly, the Court hereby directs Petitioner to show cause in writing, **on or before September 7, 2026**, why the Court should not dismiss this case without prejudice under Rule 4(m).

**IT IS SO ORDERED this 10th day of August 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**