**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**YOISMELL PENA-ZAYAS,**

***Petitioner*,**

**v.** **Case No. 5:25-CV-1830-JKP**

**U.S. DEPARTMENT OF HOMELAND SECURITY (DHS), et al.,**

***Respondents*.**

**ORDER OF DISMISSAL**

Before the Court is the status of this case. Petitioner commenced this case on December 19, 2025, by filing a civil complaint and petition for writ of mandamus. The Clerk of Court issued summons on April 28, 2026. Because Petitioner had yet to show service on any respondent, the Court ordered Petitioner to show cause in writing on or before September 7, 2026, why it should not dismiss this case without prejudice for the failure to serve them within the time limits imposed by Fed. R. Civ. P. 4(m). *See* ECF No. 8. To date, Petitioner has filed no response to the Court order. Accordingly, the Court hereby **DISMISSES** this case without prejudice under Rule 4(m).

**IT IS SO ORDERED this 18th day of September 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**